STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ABRAHAM GILBERT, JR., DEFENDANT-PETITIONER.

Mr. *Peter Murray*, Mr. *Richard Newman* and Mrs. *Susan F. Sinins* for the petitioner.

Mr. *Martin J. Queenan* and Mr. *Myron H. Gottlieb* for the respondent.

September 17, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER,
v. HARRY BREWER, DEFENDANT-RESPONDENT.

Mr. *Martin Queenan* and Mr. *Myron H. Gottlieb* for the petitioner.

Mr. *Ralph J. Kmiec* for the respondent.

September 17, 1968. Denied.

CHAIM MELCER, PLAINTIFF-PETITIONER, v. BENJAMIN
ZUCK, *ET AL.*, DEFENDANTS-RESPONDENTS AND R.G.B.
CONSTRUCTION CO., INC., DEFENDANT.

*Messrs. Parsons, Canzona, Blair & Warren;* Mr. *Thomas Smith, Jr.,* and Mr. *William G. Bassler* for the petitioner.

Mr. *Julius Braun* and Mr. *Robert B. Silverman* for the respondent.

September 17, 1968. Denied.